# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130802-3 & (159)(160)

MICHIGAN CITIZENS FOR WATER
CONSERVATION, R. J. DOYLE, BARBARA
DOYLE, JEFFREY R. SAPP and SHELLY M.
SAPP,
       Plaintiffs-Appellants/
       Cross-Appellees,

v

NESTLÉ WATERS NORTH AMERICA INC.,
       Defendant-Appellee/
       Cross-Appellant,
and

DONALD PATRICK BOLLMAN and NANCY
GALE BOLLMAN, a/k/a PAT BOLLMAN
ENTERPRISES,
       Defendants.

SC: 130802-3
COA: 254202; 256153
Mecosta CC: 01-014563-CE

_____

On order of the Chief Justice, the motion by plaintiffs-appellants for leave to file a responsive brief and the motion by defendant-appellee for temporary admission to practice of Adam H. Charnes are considered, and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

_____
Clerk